■ Randy Hernandez, an Infant, by His Mother and Natural Guardian, Yalitza Diaz, Respondent, v St. Barnabas Hospital, Appellant, et al., Defendants. [931 NYS2d 875]—

Supreme Court correctly determined that this action is not

barred by the doctrine of res judicata. The prior action was dismissed as a result of plaintiff's counsel's failure to attend a calendar call (*see* 22 NYCRR 202.27 [b]). Accordingly, the dismissal was not on the merits and thus does not have res judicata effect (*Espinoza v Concordia Intl. Forwarding Corp.*, 32 AD3d 326, 328 [2006]; *Kalisch v Maple Trade Fin. Corp.*, 35 AD3d 291 [2006]). We have considered defendant's remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Saxe, Acosta, DeGrasse and Manzanet-Daniels, JJ.